FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. Sec. 1983

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
_____PINEBLUFF_____ DIVISION

EASTERN DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 1 2 2003

JAMES W. McCORMACK, CLERK
By:_____

__DENNIS HICKMAN, ADC# 124179__

_____

_____

(Enter above the full name of the
plaintiff, or plaintiffs, in this
action.)

ADC # __124179__

V.

CASE NO. _5:03CV00469__
                    JTR

__DR. DIAB, DR. OLUMOFIN, DR. BOONE,__

__MS. WILLIS, BRENDA BEARDON, MICHEAL PFIEFFER,__

__GRANT HARRIS, MAX MOBLEY & LARRY NORRIS__

(Enter above the full name of
defendant or defendants, in
this action.)

This case assigned to District Judge __Wilson__
and to Magistrate Judge __Ray__

I.    Previous Lawsuits

      A.    Have you begun other lawsuits in state or federal court
            dealing with the same facts involved in this action?

            Yes _____   No XXXXXXX

      B.    If your answer to A is yes, describe each lawsuit in
            the space below.   (If there is more than one lawsuit,
            describe the additional lawsuits on another piece of
            paper, using the same outline.)

            1.    Parties to this lawsuit

                  Plaintiffs: _____

                  _____

                  Defendants: _____

                  _____

            2.    Court (lf federal court,  name the district; if state
                  court, name the county: _____

                  _____

-1-

3.   Docket Number:

4.   Name of Judge to whom case was assigned:

5.   Disposition (for   example: Was the case dismissed? was it appealed?  Is it still pending?):

6.   Approximate date of filing lawsuit:

7.   Approximate date of disposition:

II.   Place of present Confinement:

III.  There is a prisoner grievance procedure in the Arkansas Department of Correction. **Failure to complete the grievance procedure may affect your case in federal court.**

A.   Did you present the facts relating to your  complaint in the state prisoner grievance procedure?

Yes XXXXX   No

B.   If your answer is YES, Attach copies evidencing completion of **the final step of the grievance appeal** procedure. FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT **IN THE DISMISSAL OF YOUR COMPLAINT.**

C.   If your answer is NO, explain why not:

IV.   Parties
(In item A below, place your name in the first blank and place your present address in the second blank.   Do the same for additional plaintiffs, if any.)

A.   Name of plaintiff:   DENNIS HICKMAN, ADC# 124179

Address:     7206 WEST 7th STREET, PINEBLUFF, AR.

71603

Name of plaintiff:

Address:

Name of plaintiff:

Address:

(In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

Defendant:   DR. DIAB

Position :   DOCTOR AT (CMS) INFIRMARY AT JCJ/CF

Place of employment:   (CMS) CORRECTIONAL MEDICAL SERVICE

Address:   7206 WEST 7th STREET, PINEBLUFF, AR. 71603


Defendant:   DR. OLUMOFIN

Position :   DOCTOR AT THE (CMS) INFIRMARY AT JCJ/CF

Place of employment:   (CMS) CORRECTIONAL MEDICAL SERVICE

Address:   7206 WEST 7th STREET, PINEBLUFF, AR. 71603


Defendant:   DR. BOONE

Position :   DOCTOR AT (CMS) INFIRMARY AT JCJ/CF

Place of employment:   (CMS) CORRECTIONAL MEDICAL SERVICE

Address:   7206 WEST 7th STREET, PINEBLUFF, AR. 71603


Defendant:   MS. WILLIS

Position :   INFIRMARY MANAGER

Place of employment:   (CMS) CORRECTIONAL MEDICAL SERVICE

Address:   7206 WEST 7th STREET, PINEBLUFF, AR. 71603


Defendant:   BRENDA BEARDON

Position :   INFIRMARY SUPERVISOR FOR (CMS)

Place of employment:   (CMS) CORRECTIONAL MEDICAL SERVICE

Address:   7206 WEST 7th STREET, PINEBLUFF, AR. 71603

(In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

Defendant: MICHEAL PFIEFFER

Position : HEAD (CEO) FOR (CMS)

Place of employment: (CMS) CORRECTIONAL MEDICAL SERVICE

Address: 7206 WEST 7th STREET, PINEBLUFF, AR. 71603


Defendant: GRANT HARRIS

Position : WARDEN AT THE JCJ/CF (ADC)

Place of employment: (ADC) ARKANSAS DEPARTMENT OF CORRECTIONS

Address: 7206 WEST 7th STREET, PINEBLUFF, AR. 71603


Defendant: MAX MOBLEY

Position : DEPUTY DIRECTOR FOR (ADC)

Place of employment: (ADC) ARKANSAS DEPARTMENT OF CORRECTIONS

Address: P. O. BOX 8707, PINEBLUFF, AR. 71611-8707


Defendant: LARRY NORRIS

Position : DIRECTOR OF (ADC)

Place of employment: (ADC) ARKANSAS DEPARTMENT OF CORRECTIONS

Address: P. O. BOX 8707, PINEBLUFF, AR. 71611-8707


Defendant:

Position :

Place of employment:

Address:

-3-

V.   Statement of Claim

State   here as   briefly as   possible the   facts of your
case. Describe how each defendant is involved.      Include
also the names of other persons involved, dates,  and places.
Do   not give any legal arguments or cite any   cases   or
statutes.    If you intend to allege a number   of   related
claims,   number and set forth each claim in   a separate
paragraph.      (Use as much space as you need.   Attach extra
sheets if necessary.) I HAVE HAD A HERNIA DIAGNOSED BY THE (ADC)
SINCE DECEMBER, 2002., WHEN IT WAS THEN ABOUT THE SIZE OF A DIME. I HAVE
SENT IN GRIEVANCES, REQUEST FOR INTERVEIWS, LETTERS, ECT... TRYING TO GET
MY HERNIA FIXED AND YET, THE (ADC) & (CMS) DOCTORS AND OFFICIALS HAVE WITH
DELIBERATE INDIFFERENCE TO SERIOUS MEDICAL NEED DENIED THE PLAINTIFF ANY
TREATMENT AND/OR CORRECTIVE ACTION FOR THE VIOLATIONS OF HIS CONSTITUTIONAL
RIGHT"S. THE PLAINTIFF"S HERNIA HAS NOW DEVELOPED INTO THE SIZE OF A
FOOTBALL AND THE (CMS) AND (ADC) DOCTORS AND OFFICIALS STILL ARE DENYING
THE PLAINTIFF ANY TREATMENT IN SAYING THAT UNLESS THE HERNIA RUPTURES IT IS
NOT LIFE THREATENING. THE PLAINTIFF CONTENDS (IF) THE (ADC) AND (CMS)
OFFICIALS WAIT UNTIL THE PLAINTIFF"S HERNIA RUPTURES THEN IT COULD KILL THE
PLAINTIFF. THE (CMS) OFFICIALS ARE DENYING THE PLAINTIFF TREATMENT SIMPLY
BECAUSE OF COST AND THE (ADC) OFFICIALS ARE ALLOWING THE (CMS) OFFICIALS TO
CONTINUE THE VIOLATIONS OF THE PLAINTIFF"S RIGHT"S EVEN WHEN IT HAS BEEN
BROUGHT TO THEIR ATTENTION AND THEY ARE REFUSING THE PLAINTIFF ANY
CORRECTIVE ACTION. THEREFORE, THE (ADC) SUPERVISOR"S AND OFFICIALS ARE
DIRECTLY RESPONSIBLE FOR THE VIOLATIONS AS WELL

                              (SEE) STATEMENT OF FACTS  (ATTACHED)
VI.   Relief

State briefly exactly what **YOU want the court to do for** YOU.
Make **no legal arguments. Cite no cases or statutes.**

THE PLAINTIFF WANTS THE (ADC) & (CMS) OFFICIALS TO CHANGE THEIR POLICIES ON
TREATMENT OF INMATE HERNIA"S. I WOULD LIKE MY HERNIA REPAIRED WITH MEDICAL
TREATMENT AND/OR MEDICATION. I WOULD ALSO LIKE THIS COURT TO AWARD
NOMINAL, COMPENSATORY, ACTUAL AND PUNITIVE DAMAGES, AS ALLOWED BY LAW,
AGAINST EACH DEFENDANT, JOINTLY AND SEVERLLY, AS WELL AS SUCH ADDITIONAL
RELIEF INWHICH THIS COURT DEEMS JUST AND PROPER IN THIS CASE.


I declare under penalty of perjury (18 U. S. C. § 1621 that
the foregoing is true and correct.

Executed on this _7th_ day of _____DECEMBER_____,20 _03_.


                    _Dennis Hickman_

                    _____
                    Signature(s) of plaintiff(s)


-4-

" STATEMENT   OF   FACTS

IN DECEMBER OF 2002, I CAME TO THE ARKANSAS DEPARTMENT OF CORRECTIONS
(ADC) AND I WAS DIAGNOSED WITH A HERNIA ABOUT THE SIZE OF A DIME. I WAS GIVEN A
FOUR (4) HOUR SCRIPT AND YET, IT WAS NEVER HONORED. WHEN I WORKED ON VEGETABLE
PROCESSING UNIT (VPU) AT VARNER I WAS TOLD THAT I MUST WORK "ALL" DAY UNLESS THE
WORK BECAME STRENUOUS. THE SUPERVISOR ON (VPU) STATED THE WORK WOULD NEVER GET
BEYOND MY MEDICAL RESTRICTIONS, BECAUSE I COULD SIT DOWN WHILE DOING ANY TASK.

I HAVE BEEN REQUIRED TO WORK AT EVERY UNIT I WAS AT AND THEY NEVER HONORED
MY SCRIPT. I HAVE SUFFERED FOR OVER A YEAR AND THEY REFUSE TO DO SURGERY TO
CORRECT THE PROBLEM. I"VE REQUESTED SURGERY AND THEY HAVE STATED (PER) PROTOCALL
THE WOULD NOT DO ANYTHING UNLESS THE HERNIA RUPTURED, THEY"VE GIVEN ME A BELT
INWHICH TO WEAR, BUT IT HURTS TO BAD WHEN I WEAR IT.

MY HERNIA INWHICH WAS THE SIZE OF A DIME AT VARNER HAS NOW DEVELOPED INTO
A HERNIA THE SIZE OF A HALF FOOTBALL AND THE MEDICAL STILL TELLS ME THAT I CAN NOT
HAVE SURGERY UNTIL IT RUPTURES AND THEN IT WOULD BE A LIFE THREATENING MEDICAL
ISSUE. THE CORRECTIONAL MEDICAL SERVICE (CMS) IS RESPONSIBLE FOR THE INMATE
POPULATIONS MEDICAL AND THEY ARE DENYING ME THE PROPER TREATMENT, MEDICATION
AND/OR SPECIALIST. I"VE REPEATEDLY ASKED TO SEE A SPECIALIST AND THEY SAY THERE IS
NO NEED (PER) PROTOCALL.

CORRECTIONAL MEDICAL SERVICE IS BASED IN ST, LOUIS MISSOURI AND MICHEAL
PFIEFFER IS THE HEAD CEO AND POLICY MAKER. I"VE TRIED AT THE UNIT LEVEL AND THEY
REFUSE ME THE ADDRESS OR ANY WAY TO GET IN TOUCH WITH THE PROTOCALL AND POLICY
MAKERS SUCH AS MICHEAL PFIEFFER WHO HAVE SO BLATENLY SET THE MEDICAL STANDARDS OF
TREATMENT FOR HERNIA"S SO HIGH INWHICH TO CAUSE THE (ADC) INMATES TO SUFFER AT THE
HANDS OF THE JEFFERSON REGIONAL UNIT (CMS) INFIRMARY STAFF AND OFFICIALS.

THE MAIN OFFICE TO MY KNOWLEDGE IS ON OLIVE BOULIVARD IN ST. LOUIS,
MISSOURI (YET) I HAVE REQUESTED THE OFFICIALS HERE AT THE UNIT INWHICH REFUSE TO
GIVE ME ANYTHING. YET, BECAUSE MR. PFIEFFER IS THE POLICY MAKER AND HAS SET THE
STANDARDS (PER) PROTOCALL HE IS RESPONSIBLE AS WELL FOR THE CRUEL AND UNUSUAL
PUNISHMENT INWHICH IS BEING INFLICTED ON ME AND OTHER INMATES LIKE ME (SIMPLY)
BECAUSE OF COST AND PROTOCALL.

I HAVE REPEATEDLY REQUESTED MEDICAL TREATMENT AND I WAS TOLD THAT THEY
WOULD NOT BE ABLE TO DO ANYTHING AND THEREFORE I AM FILING THIS 1983 CIVIL
COMPLAINT FOR THE DELIBERATE INDIFFERENCE INWHICH THE OFFICIALS AT THE JEFFERSON

REGIONAL UNIT (CMS) INFIRMARY ARE INFLICTING ON ME AND OTHER INMATES WITH
HERNIA"S. THEY ARE DENYING INMATES TREATMENT OF A SERIOUS MEDICAL NEEDS. THE
PLAINTIFF IS SUING "ALL" THE OFFICIALS IN THEIR INDIVIDUAL AND THEIR OFFICIAL
CAPACITY. THE PLAINTIFF HAS BROUGHT THIS ACTION TO THE ATTENTION OF THE (ADC)
OFFICIALS NAMELY GRANT HARRIS WARDEN AT THE JEFFERSON REGIONAL UNIT WHO HAS
REFUSED TO CORRECT THE PROBLEM. THE PLAINTIFF THEN FILED TO (BOTH) MAX MOBLEY AND
LARRY NORRIS WITH "NO" RESPONSE PERIOD.

THE (CMS) AND (ADC) OFFICIALS ARE ALLOWING THE PLAINTIFF TO BE DENIED
TREATMENT AND THEY HAVE ACTUAL KNOWLEGDE OF THE SUBSTANTIAL RISK OF SERIOUS HARM
TO INMATES AT THE UNIT AND (ADC) LEVEL ON BEHALF OF OTHER INMATES.
(SEE) ESTELLE VS. GAMBLE, 429 U.S. 97, 102-03, 50 L. ED. 2d 251, 97 S. CT. 285
(1986); DESHANEY VS. WINNEBAGO COUNTY SOCIAL SERVICES, 489 U.S. 251, 97 S. CT. 285
(1989)

THE (ADC) AND (CMS) OFFICIALS ARE ALLOWING THE PLAINTIFF AND OTHER INMATES
EITHIN THE (ADC) TO UNDERGO CRUEL AND UNUSUAL PUNISHMENT IN THE FORM INFLICTION OF
UNNECESSARY PAIN. THE PLAINTIFF STATES THAT "ALL" THE DEFENDANTS CLEARLY ARE AWARE
OF THE SERIOUS MEDICAL NEED, THEY"VE FAILED TO TAKE ANY CORRECTIVE ACTION AND/OR
THE FAILURE TO TAKE CORRECTIVE ACTION HAS CAUSED THE PLAINTIFF"S HERNIA TO GROW
FROM A DIME SIZE TO ALMOST FOOTBALL SIZE AT PRESENT.

THE PLAINTIFF HAS CLEARLY BROUGHT THIS TO THE KNOWLEDGE OF THE DEFENDANTS
THEY"VE REFUSED TO DO ANYTHING TO CORRECT THE PROBLEM, EVEN AT A ADMINISTRATIVE
LEVEL. THEREFORE, THE PLAINTIFF SUES THE DEFENDANTS AND REQUEST THE IMMEDIATE
SURGERY AND REPAIR OF HIS HERNIA. THE PLAINTIFF WANTS THE (ADC) AND (CMS)
OFFICIALS TO CHANGE THEIR POLICIES AND PROCEDURES WITH DEALING WITH HERNIA"S. THE
PLAINTIFF ALSO SUES FOR COMPENSITORY, ACTUAL AND PUNITIVE DAMAGES FOR THE
PLAINTIFF"S PAIN AND SUFFERING. THANKS FOR YOUR SUFFERING. THANKS FOR YOUR TIME,
EFFORT AND CONSIDERATION IN THIS MATTER.

RESPECTFULLY SUBMITTED,

_Dennis Hickman_

PLAINTIFF ,          PRO SE

" CERTIFICATE  OF  SERVICE "


        I  ,  DENNIS A. HICKMAN, DO HEREBY STATE AND SWEAR THAT A COPY OF THE FOREGOING: " 1983 CIVIL COMPLAINT " WAS SENT BY THE UNITED STATES POSTAL SERVICE TO:

UNITED STATES DISTRICT COURT

C/O JAMES Mc CORMACK / CLERK

600 WEST CAPITOL AVE.,SUITE 402

LITTLE ROCK, ARKANSAS


THIS _9th_ DAY OF _____December_____ ,  2003.


PLAINTIFF ,                 PRO  SE